**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 22-1884**

———————————

FARESHA SIMS,

        Plaintiff - Appellant,

    v.

UNIVERSITY OF MARYLAND MEDICAL SYSTEM CORPORATION; LISA ROWEN; LINDA GOETZ; UNIVERSITY OF MARYLAND MEDICAL CENTER, LLC,

        Defendants - Appellees.

———————————

Appeal from the United States District Court for the District of Maryland, at Baltimore. Catherine C. Blake, Senior District Judge.  (1:19-cv-00295-CCB)

———————————

Submitted:  November 13, 2023                 Decided:  December 15, 2023

———————————

Before KING and QUATTLEBAUM, Circuit Judges, and MOTZ, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Faresha Sims, Appellant Pro Se.  Jocelyn Renee Cuttino, Grace Ellen Speights, MORGAN LEWIS & BOCKIUS, LLP, Washington, D.C.; Vishal Hemchandra Shah, SHAH LITIGATION, PLLC, Boston, Massachusetts, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Faresha Sims appeals the district court's orders granting Defendants summary judgment and denying Sims' Fed. R. Civ. P. 59(e) motion for reconsideration.[*] We have reviewed the record and find no reversible error. Accordingly, we grant Sims' motions to amend her informal brief and exceed the length limitations and affirm. *Sims v. Univ. of Md. Med. Sys. Corp.*, No. 1:19-cv-00295-CCB (D. Md. June 23, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] To the extent Sims seeks to challenge the postjudgment orders denying her recusal motion, she did not note an appeal of those orders, nor did she file an informal brief within the applicable appeal period that we can construe as a notice of appeal. Accordingly, those orders are not before us.